Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  16−31936−ABA
                Chapter:  13
                Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernice Campfield
   aka Bernice L. Campfield
   130 S Vermont Avenue, Apt 911
   Atlantic City, NJ 08401

Social Security No.:
   xxx−xx−5372

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/9/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 9, 2017
JAN: bc

                                                Jeanne Naughton
                                                Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                    Case No. 16-31936-ABA
Bernice Campfield                                         Chapter 13
      Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Nov 09, 2017
                              Form ID: 148             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db           +Bernice Campfield,    130 S Vermont Avenue, Apt 911,    Atlantic City, NJ 08401-7855
cr           +Vermont Plaza,    130 S. Vermont Avenue,    Atlantic City, NJ 08401-7850
516525946    +B&R Recovery, LLC c/o Markind Law Group,    102 Browning Lane,    Cherry Hill, NJ 08003-3195
516533163     CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
               Greenville, SC 29603-0368
516525951    +Federal Loan,    PO Box 530210,    Atlanta, GA 30353-0210
516525953     Geico Indemnity Company,    725 Canton Street,    Boston, MA 02205
516660499     JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
               Ft. Worth, TX 76101-2032
516525954    +Merrick Bank,    PO box 660175,    Dallas, TX 75266-0175
516632740    +PNC BANK,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
516525956    +Synchrony Bank,    199 Crossways Park Drive,    Woodbury , NY 11797-2016
516747525     U. S. Department of Education,    c/o FedLoan Servicing,    P. O. Box 69184,
               Harrisburg, PA   17106-9184
516503389    +Vermont Plaza Apartments,    130 S Vermont Avenue,    Atlantic City, NJ 08401-7850
516525958    +Verve Mastercard,    2601 Cattlemen Road, Suite 300,    Sarasota, FL 34232-6231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 21:47:43      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 21:47:42      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516525945    +E-mail/Text: bknotice@erccollections.com Nov 09 2017 21:47:44      AT&T c/o Enhanced Recovery Co,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
516525947    +EDI: CAPITALONE.COM Nov 09 2017 21:38:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
516525948    +EDI: CAUT.COM Nov 09 2017 21:38:00      Chase Bank,    PO Box 901076,    Fort Worth, TX 76101-2076
516525949    +E-mail/Text: bknotice@erccollections.com Nov 09 2017 21:47:44
               Comcast c/o Enhanced Recovery Co,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
516525950    +EDI: WFNNB.COM Nov 09 2017 21:38:00      Comenity Bank (Dressbarn),    PO Box 182782,
               Columbus, OH 43218-2782
516525952    +EDI: AMINFOFP.COM Nov 09 2017 21:38:00      First Premier Bank,    PO Box 5529,
               Sioux Falls, SD 57117-5529
516661120     EDI: CAUT.COM Nov 09 2017 21:38:00      JPMorgan Chase Bank, NA,    PO Box 29505 AZ1-1191,
               Phoenix, AZ 85038-9505
516525955    +EDI: AGFINANCE.COM Nov 09 2017 21:38:00      One Main Financial,    PO Box 70911,
               Charlotte, NC 28272-0911
516578666    +EDI: AGFINANCE.COM Nov 09 2017 21:38:00      OneMain,    605 Munn Rd E.,
               Fort Mill, SC 29715-8421
516949390     EDI: PRA.COM Nov 09 2017 21:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541
516949391     EDI: PRA.COM Nov 09 2017 21:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516733905    +EDI: JEFFERSONCAP.COM Nov 09 2017 21:38:00      Premier Bankcard, Llc,
               c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516667551    +EDI: RMSC.COM Nov 09 2017 21:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516664468     EDI: AISTMBL.COM Nov 09 2017 21:38:00      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516525957*    +Vermont Plaza Apartments,    130 S Vermont Avenue,    Atlantic City, NJ 08401-7850
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Nov 09, 2017
                              Form ID: 148              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Joel Lee Schwartz    on behalf of Debtor Bernice  Campfield esqinac@aol.com,   stacygreen7@aol.com
              Robert A. Cooper    on behalf of Creditor    Vermont Plaza coop123456@comcast.net
                                                                                         TOTAL: 6
```